# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | October 3, 2022 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 19-cv-0596-bhl |
| CASE NAME: | Konsionowski v. Sikorski |
| MATTER: | Pre-Trial Oral Ruling |
| APPEARANCES: | James P. End and Alexa Caitlyn Bradley, Attorneys for Plaintiff |
| | Jasmyne M. Baynard and Kiley Beth Zellner, Attorneys for Defendant |
| TIME: | 9:12 - 9:46 a.m. |
| COURTROOM DEPUTY: | Julie D. |
| COURT REPORTER: | Tom Malkiewicz |

The Court ruled on Plaintiff's second motion in limine, ECF No. 64 at 3-4, in advance of trial.

For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Plaintiff's second motion in limine, ECF No. 64 at 3-4, is **GRANTED**, in part. The portions of Sukup's deposition that the parties agreed to strike will not be read in at trial. Additionally, ECF No. 72-4 at 27:14-21 will be read in for completeness.

Dated at Milwaukee, Wisconsin on October 3, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge