The parties have stipulated that agreement by five or more jurors is sufficient to become your verdict. Jurors have a duty to consult with one another and deliberate for the purpose of reaching agreement. If you can do so consistently with your duty as a juror, at least the same five jurors should agree in all the answers. I ask you to be unanimous, if you can.

We have a revised verdict form based on the stipulation. At the bottom of the verdict, you will find a place provided where dissenting jurors, if there are any, will sign their names and state the answer or answers (the number of the verdict question(s)) with which they do not agree.