UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GREGORY D. KONSIONOWSKI,

    Plaintiff,

v.
                                        Civil Action No. 19-CV-0596-bhl

PHILLIP J. SIKORSKI, individually,

    Defendant.

---

## SPECIAL VERDICT FORM

---

We the jury, empaneled and sworn to try the issues in this action, being directed by the Court to answer the following questions submitted to us for verdict, find and answer as follows:

Question No. 1.    Did Officer Philip Sikorski have reasonable suspicion to conduct field sobriety tests on the Plaintiff Gregory Konsionowski?

                         Answer: __X__ Yes    _____ No

Question No. 2.    Did Officer Philip Sikorski have probable cause to arrest Plaintiff Gregory Konsionowski?

                         Answer: __X__ Yes    _____ No

If you answered "Yes" to both Question 1 and 2, do not answer any other Questions. If you answered "No" to Question 1 or 2, answer Question 3.

Question No. 3.    What sum of money, if any, will fairly and reasonably compensate Gregory Konsionowski for any injury he sustained as a result of Officer Philip Sikorski's conduct?

                         Answer: $_____

1

Question No. 4. Did Officer Philip Sikorski act maliciously or in reckless disregard of Gregory Konsionowski's constitutional rights?

Answer: \_\_\_\_\_ Yes   \_\_\_\_\_ No

If you answered "Yes" to Question 4, answer Question 5. If you answered "No" to Question 4, do not answer Question 5.

Question No. 5. What sum of money, if any, do you award against Officer Philip Sikorski as punitive damages?

Answer: $_____

Dated at Milwaukee, Wisconsin this 06 day of October, 2022.

*/s/ Jeffrey S. Saylor*
Jury Foreperson

Dissenting Juror(s)

*/s/ Steve Micad*  Name   1   Question(s) with which you do not agree

*/s/ Jeffrey S. Saylor*  Name   1   Question(s) with which you do not agree

2