# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**GREGORY D KONSIONOWSKI**

v.                                              **JURY TRIAL MINUTES**

**PHILLIP J SIKORSKI**                          Case No. 19-cv-0596-bhl

---

**HONORABLE BRETT H. LUDWIG presiding**
Dates of Trial: 10/3/22 – 10/6/22
Deputy Clerk: Julie D
Court Reporter: Tom Malkiewicz

**Appearances:**

GREGORY KONSIONOWSKI in person and by:        James End and Alexa Caitlyn Bradley
PHILLIP SIKORSKI in person and by:            Jasmyne Baynard and Kiley Beth Zellner

---

**MONDAY, October 3, 2022**

| | |
|---|---|
| 9:12 AM | Court in session. Case called. Appearances made. |
| | Court rules on pending motions in limine:  Sukup deposition designation.  Defendant is overruled. The designated opinion is relevant.  Excludes plaintiffs request to read in paramedic's request to admit.  Court addresses request to omit parts of video. |
| | Court turns to *voir dire*. 26 jurors have reported; 13 will be seated in the jury box and the remaining jurors will be seated in the gallery. Court will instruct full venire to listen closely to all questions. If a juror from the box is stricken for cause, a replacement will be called from the gallery. Plaintiff will have 3 strikes and defendants will share 3 strikes as discussed at the pretrial. |
| | Court addresses witness scheduling. Attorney End anticipates reading in deposition of Joanna Sukup, calling Dane Helland, Randy Abbrederis, Dr. Jeffrey Kutcher and Phillip Sikorski today; then, Fr. Charles Schramm, Steven Kon and Gregory Konsionowski tomorrow morning. Defendant plans to call Sheryl Dolezal, Psy. D. |
| 9:40 AM | Court will circulate a clean set of proposed jury instructions by the end of the day.  Will review with counsel tomorrow along with verdict form. |
| 9:45 AM | Defense asks if OWI motion in limine ruling reconsidered. Ruling from pretrial conf stands. |
| 9:53 AM | Parties stipulate witnesses will be sequestered prior to testifying. |
| 9:55 AM | Recess (CSO Eder to Rm 190) |
| | Court in session. *(Jury Profile List provided to the parties.)* |
| 10:00 AM | Jury panel brought to courtroom. |
| | Court makes introductory remarks; 26 prospective jurors sworn. |
| | *Voir dire* commences. |
| 10:30 AM | Court excuses Juror #15. |
| | *Voir dir*e to all resumes. |
| 10:40 AM | Court has sidebar with counsel. *Voir dir*e to all resumes. |

| 10:44 AM | Court excuses Juror#16. |
| 10:46 AM | Court excuses Juror #20 |
| 10:53 AM | Court has sidebar with counsel. *Voir dir*e to all resumes. |
| 11:00 AM | Parties do not have any follow-up questions for the jury. |
| | Parties exercise peremptory challenges. |
| 11:06 AM | **Jurors 1, 4, 6, 8, 11, 13 and 18 are selected to serve.** |
| | Court excuses balance of jury pool. |
| | Clerk administers oath to jury. |
| | Court addresses housekeeping matters. |
| 11:10 AM | Jury out. |
| 11:12 AM | Recess |
| 11:31 AM | Court in session. |
| 11:33 AM | Jury in. |
| | Court gives preliminary instructions to jury. |
| 11:48 AM | Plaintiff's opening by Mr. End. |
| 12:00 PM | Defendant's opening by Ms. Zellner. |
| 12:13 PM | Jury out. |
| 12:15 PM | Lunch |
| 1:17 PM | Court in session. |
| | Court provides jury instruction re reading in deposition. |
| 1:20 PM | Jury in.  Judge reads jury instruction. |

<u>**Plaintiff calls Joanna Sukup, EMT/Paramedic – Menomonee Falls Fire Dept**</u>  *(by Deposition read in)*

| 1:40 PM | Attorney End and Attorney Bradley read in deposition. |
| 1:29 PM | Exhibit 18 is discussed. |
| 1:37 PM | Exhibit 20 is discussed. |
| 1:42  PM | Exhibit 21 is discussed. |
| 1:45  PM | Exhibit 18 is discussed. |
| 1:45 PM | Exhibit 22 is discussed. |
| 1:51 PM | Witness is excused. |

<u>**Plaintiff calls Officer Dane Helland, retired Menomonee Falls Police Officer**</u>

| | Witness sworn. |
| 1:52 PM | Direct examination by Mr. End. |
| 2:00 PM | Exhibit 1 is discussed. |
| 2: 14 PM | Exhibit 1 is discussed. |
| 2:17 PM | Exhibit 3 is discussed. |
| 2:25 PM | Exhibit 2 is discussed. |
| 2:37 PM | Exhibit 16 is discussed. |
| 2:44 PM | Exhibit 2 is discussed. |
| 3:01 PM | Jury out. |
| | Discussion re questioning of witnesses. |
| 3:03 PM | Recess |
| 3:23 PM | Jury in. |
| 3:23 PM | Direct examination by Mr. End continues. |
| 3:36 PM | Exhibit 4 is discussed. |
| 3:38 PM | Cross by Ms. Zellner. |
| 3:46 PM | View and discuss Exhibit 2. |
| 3:59 PM | Redirect |
| 4:06 PM | Follow up |
| 4:06 PM | Witness is excused. |

| | |
|---|---|
| 4:07 PM | Jury out. |
| 4:16 PM | Jury In. |

**Plaintiff calls Jeffrey Kutcher, M.D., F.A.A.N.** *(via Zoom)*

| | |
|---|---|
| | Witness sworn. |
| 4:17 PM | Direct examination by Mr. End. |
| 4:33 PM | Break |
| 4:36 PM | Back on record. Direct examination continues. |
| 4:48 PM | Cross by Ms. Zellner |
| 5:03 PM | Redirect by Mr. End. |
| 5:05 PM | Court instructs jury to return by 9:00 a.m. |
| | Jury out. |
| 5:12 PM | Court is adjourned for the day. |

**TUESDAY, October 4, 2022**

| | |
|---|---|
| 9:02 AM | Case called. Appearances remain the same. |
| | Discussion regarding witness scheduling. |
| | Draft jury instructions and verdict distributed to parties for review. |
| 9:08 AM | Discuss redactions to exhibits 1, 5 and 11. |
| 9:10 AM | Jury in. |

**Plaintiff calls Randy Abbrederis**

| | |
|---|---|
| | Witness sworn. |
| 9:12 AM | Direct examination by Ms. Bradley. |
| 9:20 AM | Defendant requests sidebar |
| 9:22 AM | Direct examination continues. |
| 9:38 AM | Cross examination by Ms. Zellner. |
| 10:01 AM | Redirect. |
| 10:06 AM | Witness is excused. |

**Plaintiff calls Fr. Charles Schramm**

| | |
|---|---|
| | Witness sworn. |
| 10:08 AM | Direct examination by Ms. Bradley. |
| 10:18 AM | Cross examination by Ms. Baynard. |
| 10:28 AM | Witness is excused. |
| 10:30 AM | Jury out. |
| 10:31 AM | Recess |
| 10:47 AM | Court in session. Court and parties discuss exhibit redactions. |
| 10:53 AM | Recess for parties to discuss exhibit redaction. |
| 11:07 AM | Court in session. Court and parties discuss exhibit redactions. |
| 11:24 AM | Jury in. |

**Plaintiff calls Steven Kon**

| | |
|---|---|
| | Witness is sworn. |
| 11:25 AM | Examination by Ms. Bradley. |
| 11:51 AM | Cross examination by Ms. Baynard. |
| 12:04 PM | Witness is excused. |
| 12:05 PM | Jury out. |
| 12:06 PM | Recess |
| 1:09 PM | Jury in. |

**Plaintiff calls Phillip Sikorski**

|          | Witness is sworn. |
|----------|-------------------|
| 1:10 PM  | Examination by Mr. End. |
| 1:14 PM  | Sidebar with counsel |
| 1:16 PM  | Direct continues |
| 1:19 PM  | Exhibit 9 is discussed. |
| 1:26 PM  | Exhibit 5 is discussed. |
| 1:29 PM  | Exhibit 11 is discussed. |
| 1:39 PM  | Exhibit 8 is discussed. |
| 1:40 PM  | Exhibit 2 is discussed. |
| 2:54 PM  | Jury out.  Recess |
| 3:14 PM  | Court in session |
| 3:16 PM  | Jury in. |
| 3:17 PM  | Examination by Mr. End continues, exhibit 2 dash cam video played at various points. |
| 3:45 PM  | Exhibit 23 is discussed. |
| 4:13 PM  | Exhibit 45 is discussed. |
| 4:14 PM  | Cross examination by Ms. Zellner. |
| 4:15 PM  | Exhibit 9 is discussed. |
| 4:18 PM  | Exhibit 16 is discussed. |
| 4:56 PM  | Redirect. |
| 5:01 PM  | Follow up |
| 5:03 PM  | Exhibit 42 is discussed. |
| 5:04 PM  | Witness is excused. |
| 5:05 PM  | Jury out. |
| 5:08 PM  | Recess |

**WEDNESDAY, October 5, 2022**

| 8:58 AM  | Case called. Appearances remain the same. |
|----------|-------------------------------------------|
|          | Discussion regarding Jury Instructions and Special Verdict. |
| 9:09 AM  | Jury in. |

**Plaintiff calls Gregory Konsionowski**

|          | Witness is sworn. |
|----------|-------------------|
| 9:10 AM  | Examination by Mr. End. |
| 9:38 AM  | Exhibit 3 is viewed and discussed. |
| 9:45 AM  | Exhibit 4 is discussed. |
| 9:46 AM  | Exhibit 41 is discussed. |
| 10:03 AM | Cross examination by Ms. Zellner. |
| 10:14 AM | Exhibit 41 is discussed. |
| 10:40 AM | Jury Out.  Recess. |
| 11:03 AM | Court in session.  Discuss qualified immunity issues. |
| 11:11 AM | Jury In. |
| 11:12 AM | Cross examination continued by Ms. Zellner. |
| 11:14 AM | Redirect by Mr. End. |
| 11:15 AM | Witness is excused. |

| 11:16 AM | Plaintiff rests. |
|----------|------------------|
| 11:18 AM | Jury Out. |
| 11:18 AM | Defendant makes motion.  Court denies motion. |
| 11:21 AM | Def object to punitive damage instruction/question.  Judge denies. |

| 11:22 AM | Recess. |
| 12:53 PM | Court in Session. Court addresses decision on qualified immunity issue with arguments from parties. |
| 1:12 PM | Jury in. |
| 1:38 PM | Court completes instructing the jury with sidebar with counsel at 1:32 PM |
| | |
| 1:38 PM | Plaintiff closing by Mr. End. |
| 2:06 PM | Defendant closing by Ms. Baynard. |
| 2:34 PM | Rebuttal. |
| | |
| 2:38 PM | CSO Eder is sworn. |
| 2:40 PM | Jury out to commence deliberations. |
| 2:44 PM | Court in recess. |
| 4:44 PM | Note from jury. Court in session. |
| 5:00 PM | Jury in. Decide to come back tomorrow to deliberate. |
| 5:03 PM | Court instructs jury to return by 9:00 a.m. |
| 5:04 PM | Jury out. |
| 5:05 PM | Court is adjourned for the day. |

**TUESDAY, October 4, 2022**

| 8:48 AM | Case called. Appearances remain the same. |
| | Parties and court discuss videos for jury. |
| 9:00 AM | Jury in. Court explains procedure for viewing video. Deliberation will continue. |
| 9:01 AM | Jury out. Court is in recess. |
| 11:37 AM | Note from jury. Court in session. |
| 11:45 AM | Jury in. Discuss jury requests. Given copies of exhibit 5 and 11. |
| 11:48 AM | Jury out. Court is in recess. |
| 3:10 PM | Note from jury. Court in session. Jury can't come to agreement. Court gives the parties their options and will give them time to discuss with their clients. |
| 3:13 PM | Recess. |
| 3:35 PM | Court in session. Parties stipulate to non-unanimous verdict. 5 of 7 jurors must agree. |
| 3:46 PM | Recess. |
| 3:55 PM | Court in session. Parties review new draft verdict form and jury instruction. |
| 3:57 PM | Jury in. Court addresses jury's note. Gives additional jury instruction. |
| 3:59 PM | Jury out. |
| 4:01 PM | Court in recess. |
| 4:25 PM | Jury has reached a verdict. Parties notified. |
| 4:28 PM | Court is in session. All parties present. |
| 4:29 PM | Jury in. Foreperson confirms verdict. |
| 4:30 PM | Clerk reads verdict. |
| 4:32 PM | Court polls the jury. |
| 4:34 PM | Jury is excused. |
| 4:35 PM | Court is adjourned. |